947 A.2d 228

IN THE MATTER OF NOLA TRUSTAN, AN ATTORNEY AT LAW.

July 28, 2010.

**ORDER**

This matter having been duly presented to the Court on the recommendation of the Disciplinary Review Board (DRB 10–210), it is ORDERED that **NOLA TRUSTAN** of **TOMS RIVER,** who was admitted to the bar of this State in 1982, and who was suspended from the practice of law for a period of three months effective April 22, 2010, by Order of this Court filed March 24, 2010, be restored to the practice of law, effective immediately; and it is further

ORDERED that **NOLA TRUSTAN** continue to attend weekly Alcoholics Anonymous meetings and submit proof of continued sobriety to the Office of Attorney Ethics, on a schedule to be determined by the Office of Attorney Ethics and until the further Order of the Court.